**No. 44303.**—Petitions 5935–R, etc., of Mexican Products Co. (Laredo).

Opinion by CLINE, J.  The question at issue appears to be whether a 25 percent commission was a proper deductible item.  From the record it was found that the goods were entered at what the petitioner believed was the price at which the merchandise was freely offered for sale in the principal markets of Mexico at the time of shipment.  Being of the opinion that there was no intention to misrepresent the facts or defraud the revenue the court granted the petitions.

BEFORE THE SECOND DIVISION, SEPTEMBER 16, 1940

**No. 44304.**—Protests 991732–G, etc., of M. Pressner & Co. et al. (New York).

Opinion by DALLINGER, J.  In accordance with stipulation of counsel and on the authority of Abstract 43372, *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20), and Abstract 38680 the merchandise in question was held dutiable as household utensils at 40 percent under paragraph 339 as claimed.

**No. 44305.**—Protests 954506–G, etc. of Greenberg & Josefsberg et al. (New York).

Opinion by DALLINGER, J.  Tape measures stipulated to be like those the subject of Abstract 43372 were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 44306.**—Protests 937556–G, etc., of American Merchandise Co., Inc., et al. (New York).

Opinion by DALLINGER, J.  Tape measures stipulated to be like those the subject of Abstract 43372 were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 44307.**—Protest 3480–K of Ernest W. C. Toepfer (New York).

Opinion by DALLINGER, J.  Tape measures stipulated to be like those the subject of Abstract 43372 were held dutiable at 40 percent under paragraph 339 as claimed.